**Order entered September 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00182-CR**
**No. 05-16-00183-CR**

**WALDRICK BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-70150-S, F15-00333-S**

## ORDER

By order issued on August 11, 2016, the Court directed the Dallas County Clerk to supplement the record within fourteen days with the trial court's findings of fact on appellant's motion for new trial. To date, the district clerk has not complied with the Court's order.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's findings of fact on appellant's motion for new trial.

Appellant's September 13, 2016 second motion to abate the appeal is **GRANTED** to the extent we **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order. All other relief requested in appellant's second motion is **DENIED**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to Dallas County District Clerk Felicia Pitre and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE